UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:17-mj-25
                                                HON. TIMOTHY P. GREELEY

Eric Scott Ruska,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on July 14, 2017, for an initial appearance and arraignment on the Indictment charging defendant with 1 Count of Kidnapping. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                    /s/ Timothy P. Greeley
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:   July 17, 2017